IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, Derivatively on Behalf of ONESPAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MARC D. BORODITSKY, MICHAEL P. CULLINANE, JOHN N. FOX, JR., JEAN K. HOLLEY, T. KENDALL HUNT, MATTHEW MOOG, MARC ZENNER, SCOTT M. CLEMENTS, AND MARK S. HOYT,<br><br>    Defendants,<br>and,<br><br>ONESPAN, INC.,<br><br>    Nominal Defendant. | Case No. 1:21-cv-01789 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elizabeth Herrera voluntarily dismisses her claims against Defendants Marc D. Boroditsky, Michael P. Cullinane, John N. Fox, Jr., Jean K. Holley, T. Kendall Hunt, Matthew Moog, Marc Zenner, Scott M. Clements, Mark S. Hoyt, and Nominal Defendant OneSpan, Inc. (collectively, "Defendants") in the above-captioned action. Defendants have not yet served either an answer to Plaintiff's Complaint or a motion for summary judgment. Plaintiff's dismissal is without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

1

|  |  |
|---|---|
| Dated: June 28, 2021 | s/ *Daniel O. Herrera* <br> **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** <br> Daniel O. Herrera <br> Jennifer W. Sprengel <br> Kaitlin Naughton <br> 150 South Wacker Drive, Suite 3000 <br> Chicago, IL 60606 <br> Tel.: (312) 782-4880 <br> Facsimile: (312) 782-4485 <br> Email: dherrera@caffertyclobes.com <br> Email: jsprengel@caffertyclobes.com <br> Email: knaughton@caffertyclobes.com <br><br> *Liaison Counsel for Plaintiff* <br><br> **THE WEISER LAW FIRM, P.C.** <br> Robert B. Weiser <br> James M. Ficaro <br> Four Tower Bridge <br> 200 Barr Harbor Dr., Suite 400 <br> West Conshohocken, PA 19428 <br> Tel.: (610) 225-2677 <br> Facsimile:  (610) 408-8062 <br> Email: rw@weiserlawfirm.com <br> Email: jmf@weiserlawfirm.com <br><br> *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Daniel O. Herrera, an attorney, hereby certify that on June 28, 2021, service of the foregoing ***Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)*** was accomplished pursuant to ECF as to Filing Users and I shall comply with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

*s/ Daniel O. Herrera*
Daniel O. Herrera